IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02575-RPM

TANYA HARRISON,

    Plaintiff,

v.

GEICO,
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
a foreign authorized to do business in the State of Colorado,

    Defendant.

___

## ORDER AMENDING CAPTION

___

Pursuant to the Stipulated Motion to Amend the Style of Case [9], filed on January 9, 2009, and defendant's response [11], it is

ORDERED that the proper defendant is GEICO Casualty Company and the caption is changed accordingly.

Dated: January 16th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge