IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02575-RPM

TANYA HARRISON,

    Plaintiff,

v.

GEICO Casualty Company,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND PETITION FOR DECLARATORY JUDGMENT TO INCLUDE AMENDED AD DAMNUM CLAUSE

---

Upon consideration of the Unopposed Motion To Amend Petition For Declaratory Judgment To Include Amended Ad Damnum Clause [14], filed on February 13, 2009, it is

ORDERED that the motion is granted and the Amended Petition for Declaratory Judgment [17] is accepted for filing.

Dated: February 17th, 2009

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge