**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 08-cv-02575-RPM

**TANYA HARRISON**

    Plaintiff,

v.

**GEICO CASUALTY COMPANY**

    **Defendant.**

_____

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
MOTION FOR SUMMARY JUDGMENT**
_____

UPON CONSIDERATION of Defendant's Unopposed Motion for Leave to File Motion for Summary Judgment (hereafter, "Motion for Leave") [21], it is

ORDERED that the Motion for Leave is GRANTED, and that Defendant shall file its Motion for Summary Judgment on or before May 8, 2009.

DATED: April 9th, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge