# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-02575-RPM

**TANYA HARRISON**
    Plaintiff,

v.

**GEICO CASUALTY COMPANY**
    Defendant.

___

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT GEICO CASUALTY COMPANY
___

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant GEICO Casualty Company [30], filed on June 28, 2010, it

ORDERED that Defendant GEICO Casualty Company, and any and all claims and cross-claims that have been or could be asserted against it regarding this lawsuit, are dismissed from this lawsuit with prejudice. It is

FURTHER ORDERED that the July 30, 2010, scheduling conference date and the deadline for submitting the proposed scheduling order are vacated.

SIGNED this 29th day of June, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        ___
        THE HONORABLE RICHARD P. MATSCH
        UNITED STATES SENIOR DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/Jerold Hart
Jerold Hart, #18280
DARRELL S. ELLIOTT, P.C.
1600 Pennsylvania St.
Denver, CO 80203
(303) 863-1600

Attorney for Plaintiff Tanya Harrison


/s/Meloney Cargil Perry
Meloney Cargil Perry, Esq.
Meckler Bulger Tilson Marick & Pearson LLP
10,000 North Central Expressway, Ste. 1450
Dallas, TX 75231
Telephone: (214) 265-6200
Facsimile: (214) 265-6226

and

Gregory K. Falls, Esq. #17430
Deisch, Marion & Klaus, P.C.
851 Clarkson St.
Denver, CO 80218
(303) 837-1122

Attorneys for Defendant GEICO Casualty Company


647516v.1